■ BEVERLY HEIFFERON, as Administratrix of the Estate of KYLE HEIFFERON, Deceased, Appellant, v EXCELSIOR INSURANCE COMPANY, Respondent.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Miller, J. (Appeal from order and judgment of Supreme Court, Onondaga County, Miller, J.—summary judg-

ment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.